LOCAL LODGE NO. 1836, DISTRICT 38, INTERNA-
TIONAL ASSOCIATION OF MACHINISTS, AFL–
CIO, ET AL. v. LOCAL NO. 1505, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,
AFL–CIO, ET AL.

No. 419.  Decided March 18, 1963.

*Robert M. Segal* and *Plato E. Papps* for petitioners.

*Paul F. Hannah* for Raytheon Company, respondent.

PER CURIAM.

The motion to vacate is granted.  The judgment of
the United States Court of Appeals for the First Circuit
is vacated and the case is remanded to the United States
District Court for the District of Massachusetts with
directions to dismiss the cause as moot.  *Black* v. *Amen,*
355 U. S. 600.